# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   05-cv-00825-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**   July 14, 2014 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| UNITED STATES OF AMERICA, | Juan G. Villaseñor |
| Plaintiff(s), | |
| v. | |
| CARLETTA E. KING, | - - - No appearance - - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION HEARING**
**Court in Session:**   1:38 p.m.
Court calls case.  Appearance of counsel for Plaintiff.
The time set for this Motion Hearing is 1:30 p.m.  The Court has waited to call the case to allow time for the defendant to appear.  *Pro Se* Defendant does not appear.

Discussion is held regarding Plaintiff's Motion to Compel.

**It is ORDERED:**   Plaintiff's MOTION TO COMPEL ANSWERS TO PLAINTIFF'S SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS [Docket No. **11**, Filed April 24, 2014] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Defendant shall provide complete and accurate responses to Plaintiff's Set of Interrogatories and Requests for Production of Documents **on or before   AUGUST 01, 2014.**

The Clerk of the Court is directed to mail a copy of this Courtroom Minutes/Minute Order to the address on file for the Defendant.

Hearing concluded.
**Court in recess:**   1:44 p.m.
Total In-Court Time 00:06

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.