# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  05-cv-00825-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**  July 14, 2014 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Elizabeth M. Froehlke |
| Plaintiff(s), | |
| v. | |
| CARLETTA E. KING, | - - - No appearance - - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   SHOW CAUSE HEARING
**Court in Session:**   11:30 a.m.
Court calls case.  Appearance of counsel for Plaintiff.

Ms. Froehlke advises the Court the Defendant has now provided responses to the outstanding discovery. United States makes an Oral Motion to Withdraw its Motion for Civil Contempt.

**It is ORDERED:**   United States' ORAL MOTION TO WITHDRAW its Motion for Civil Contempt is GRANTED, therefore,
UNITED STATES'  MOTION FOR CIVIL CONTEMPT [Docket No. **21**, filed September 17, 2014] is **WITHDRAWN.**

**It is ORDERED:**   The ORDER TO SHOW CAUSE [Docket No. 23, filed September 22, 2014] is discharged.

Hearing concluded.
**Court in recess:**   11:36 a.m.
Total In-Court Time 00:06

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119   or    Toll Free    1-800-962-3345.