**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 05-cv-00825-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLETTA E. KING,

    Defendant.

---

## GARNISHEE ORDER

---

This matter is before the Court on the United States' Motion for Order to Garnishee (# 35.)   Having reviewed the Motion, and good cause appearing, the Motion is GRANTED.  Accordingly, it is

ORDERED THAT Garnishee U.S. Bank, shall pay to the United States all funds from the bank account belonging to Defendant Carletta King.

Payment Instructions:

Checks shall be made payable to U.S. Department of Justice and mailed to:

    US Attorney's Office
    Attn: Financial Litigation Unit
    1225 17th Street, Suite 700
    Denver, CO 80202

Additionally, please include the following information on each check:

    Name of Defendant: Carletta E. King

      Case Number: 05-CV-00825
      CDCS Number: 2004A08534

DATED: February 13, 2015

                              BY THE COURT:

                              *[signature: Christine M. Arguello]*

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge