**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 05-cv-00825-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CARLETTA E. KING,

      Defendant,

and

U.S. BANK,

      Garnishee.

_____

## ORDER
_____

This matter is before the Court on Plaintiff United States of America's Motion to Vacate Order and to Dismiss Garnishment (Doc. #38).  The Court has reviewed the file, and being fully advised in the premises, it is hereby

ORDERED granting Plaintiff's Motion (Doc. #38).  It is

FURTHER ORDERED that the Writ of Garnishment issued on February 13, 2015 (Doc. #31) is DISMISSED.  It is

FURTHER ORDERED that the Garnishment Order issued on February 13, 2016 (Doc. #36) is VACATED.

DATED January 4, 2016.

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge